# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TONY A PROCTOR, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-006 |
| ZIM HAIFA MARITIME LIMITED and ZIM INTEGRATED SHIPPING SERVICES LTD., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties joint motion reporting settlement of the case and requesting to be excused from filing a joint status report. Doc. 17. The parties have since filed the joint status report, accordingly, the motion is **DISMISSED AS MOOT**.

**SO ORDERED,** this 10th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA