IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TONY A. PROCTOR,

    Plaintiff,

v.

ZIM HAIFA MARITIME LIMITED and
ZIM INTEGRATED SHIPPING
SERVICES LTD.,

    Defendants.

CASE NO. CV419-006

## ORDER

Before the Court is the parties' Joint Motion for Dismissal with Prejudice. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA